Argued March 3, 1955. Examination of the record raises a question in the Court's mind as to whether this case is moot in view of respondent's completion of his contract. Counsel are invited to submit memoranda upon this point on or before May 14, 1955. See *Commercial Cable Co.* v. *Burleson,* 250 U. S. 360; *United States* v. *W. T. Grant Co.,* 345 U. S. 629. THE CHIEF JUSTICE and MR. JUSTICE BLACK object to this order. *Stuart Rothman* argued the cause for petitioner. With him on the brief were *Solicitor General Sobeloff, Ralph S. Spritzer, Bessie Margolin* and *Sylvia S. Ellison. Eberhard P. Deutsch* argued the cause for respondent. With him on the brief was *René H. Himel, Jr.*

No. 323, Misc.   HILL *v.* LOONEY, WARDEN;
No. 480, Misc.   IN RE WEINBERG;
No. 482, Misc.   DUBIN *v.* WORTHING;
No. 489, Misc.   MEEK *v.* CALIFORNIA;
No. 497, Misc.   NEWTON *v.* MICHIGAN; and
No. 512, Misc.   CAGLE *v.* HARDWICK, WARDEN, ET AL.
Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se. Solicitor General Sobeloff* for respondent in No. 323, Misc.

No. 438, Misc.   WRIGHT *v.* UNITED STATES; and
No. 503, Misc.   BINKLEY *v.* FEDERAL DISTRICT COURT, COLUMBUS, OHIO, ET AL.   Motions for leave to file petitions for writs of certiorari denied.

No. 624.   BARNES *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied. *Angelo Piranio* for petitioner. *John Ben Shepperd,* Attorney General of